1 | **Bron D'Angelo, Esq. (SBN 246819)**
**BURGER | MEYER** LLP
999 Corporate Drive, Suite 220
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: bdangelo@burgermeyer.com

Attorneys for Defendant
WALMART, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY EDWARD BOWSER,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC.; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.:<br>Hon.<br>Ctrm.<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(a) and (b)**<br><br>Action Filed:  June 26, 2023<br>Removal Filed:  August 28, 2023 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, TO THE PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant WALMART, INC. ("Walmart"), by and through its counsel, hereby removes the above-entitled action filed by Plaintiff Rodney Edward Bowser ("Plaintiff") in the Superior Court of the State of California, County of Kern, Case No. BCV-23-102035 to the United States District Court, Eastern District of California pursuant to 28 U.S.C. §1441, and respectfully alleges as follows:

///

**NOTICE OF REMOVAL**

1. On June 26, 2023, an action was commenced in the Superior Court of the State of California, County of Kern, entitled *Rodney Edward Bowser v. Walmart, Inc.,* Case Number BCV-23-102035 ("the State Action"). A copy of the complaint filed in the State Action is attached hereto as **Exhibit "1."**

2. Walmart was served with a copy of the Complaint filed in the State Action and a Summons from the State Court on July 28, 2023. A copy of the Summons is attached hereto as **Exhibit "2."**

3. On August 25, 2023, Walmart timely filed its Answer to Plaintiff's Complaint, attached hereto as **Exhibit "3"**.

4. Based on a review of the State Court file as of August 28, 2023, no other Defendant has been served with any Summons or Complaint in the State Action.

5. Plaintiff's Complaint purports to assert causes of action based in premises liability and negligence. Plaintiff's Complaint seeks to recover damages for lost wages, loss of earning capacity, hospital and medical expenses, past and future medical expenses, and past and future general damages.

### DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332 (A)

6. This Court has jurisdiction over this matter under 28 U.S.C. section 1332(a)(1), because there is complete diversity as the parties are citizens of different states, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Removal is therefore proper pursuant to 28 U.S.C. sections 1441 (a) and (b).

  **a.  Plaintiff is a Citizen of California**

7. Plaintiff is domiciled in and is presently a citizen of the State of California. Pursuant to the Complaint, Plaintiff contends that she is domiciled in the State of California, and a present citizen of California.

  **b.  Plaintiff Claims Damages in Excess of $75,000**

8. Plaintiff claims approximately $3,000,000 in damages. Attached hereto as **Exhibit "4"** is Plaintiff's Statement of Damages dated July 20, 2023.

Accordingly, the amount in controversy, exclusive of costs and interests, exceeds the minimum requirement required for diversity jurisdiction under 28 U.S.C. section 1332(a).

      **c.**      **Walmart is a Citizen of Delaware**

9. Walmart is a citizen of Delaware where it is incorporated, and of Arkansas, where it holds its principal place of business (in Bentonville, Arkansas). Copies of Walmart's corporate information from the California Secretary of State Business Search and the Arkansas Secretary of Business/Commercial Services are attached hereto as **Exhibits "5" and "6,"** respectively.

10. Because the State Action is pending in the Superior Court of California in and for the County of Kern, removal of this action to this District Court is proper under 28 U.S.C. section 1441(a).

11. Removal is timely under 28 U.S.C. section 1446(b) because this Notice of Removal is filed within 30 days of Walmart being served with the complaint that indicated Plaintiff is a citizen of the State of California and that the total amount in controversy exceeds the jurisdictional requirements of $75,000, exclusive of costs and interests.

12. Written notice of the filing of this Notice of Removal will be promptly served on Plaintiff. A true and correct copy of this Notice of Removal and the concurrently filed Notice of Interested Parties and Civil Cover Sheet will be filed with the Clerk of the Superior Court of the State of California in and for the County of Kern as soon as practicable.

///
///
///
///
///
///

**WHEREFORE**, Walmart requests that the above-entitled action be removed from the Superior Court of the State of California, County of Kern to the United States District Court.

Dated: August 28, 2023                    **BURGER | MEYER** LLP

/s/ Bron E. D'Angelo

Bron E. D'Angelo, Esq.
Attorneys for Defendant
WALMART, INC.